UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III, | No. 2:21-cv-1904 AC P |
| Plaintiff, | |
| v. | ORDER |
| ALI, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2021, the Clerk of the Court filed plaintiff's complaint in this action. ECF No. 1. However, the complaint is an identical copy of that filed on October 11, 2021, in Williams v. Ali, No. 2:21-cv-1877 JAM CKD, for which service was recently ordered. It therefore appears that this action was opened in error.

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed as duplicative of the earlier filed complaint in Williams v. Ali, No. 2:21-cv-1877 JAM CKD, and this case shall be CLOSED.

DATED: April 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE